SUNITA KAPOOR, LL.M. (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile:  (925) 831-1059

Attorney for Plaintiffs
Hakam Singh Misson &
Simrat Kaur Misson

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| Hakam Singh Misson, an individual, *et. al*., <br><br> Plaintiffs, <br><br> vs. <br><br> Enrico John Polimeno, an individual, *et. al*., <br><br> Defendants, | Case No. 3:12-CV-06359 MEJ <br><br><br> **ORDER EXTENDING TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS** |

Pending before the Court are Defendants' Motions to Dismiss. Dkt. #'s 18, 19, 21 and 22. However, in the light of an Early Settlement Conference scheduled for March 1, 2013, Plaintiffs are granted an extension of time until March 4, 2013, to file responses to Defendants' Motions to Dismiss scheduled for April 4, 2013.

1    **IT IS SO ORDERED.**

2

3    Dated: February 21, 2013

4                              Maria-Elena James

5                              United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28