Jeffrey H. Lowenthal (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: jlowenthal@steyerlaw.com
       esmith@steyerlaw.com

Attorneys for Defendants
Old Republic Title Company and
Diana Contreras, an individual

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hakam Singh Mission, an individual and Simrat Kaur Mission, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Enrico John Polimeno, an individual; Kristie Polimeno, an individual; Lisa G. Beresford-Wood, an individual; Blake Rasmussen, an individual, Katy Laubach, an individual, 551 Carnegie Street, LLC, a California limited liability company, Diana Contreras, an individual, Old Republic Title Company, a California corporation, CB Richard Ellis, Inc., a California corporation, Wildcat Metals, Inc., a California corporation and DOES 1-100 inclusive,<br><br>Defendants. | Case No.: 3:12-cv-06359-MEJ<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER** |

1  Plaintiffs Hakam Singh Mission and Simrat Kaur Mission (collectively "Plaintiffs") and
2  Defendants Enrico John Polimeno, Kristie Polimeno, Lisa G. Beresford-Wood, Blake
3  Rasmussen, Katy Laubach, 551 Carnegie Street, LLC, Diana Contreras, Old Republic Title
4  Company, CB Richard Ellis, Inc., and Wildcat Metals, Inc. (collectively "Defendants") hereby
5  stipulate as follows: (i) Plaintiffs and Defendants have agreed to settle this matter and have
6  memorialized those terms in a written Settlement Agreement and Release providing for the
7  dismissal of Plaintiffs' First Amended Complaint and the entirety of the above-captioned action
8  with prejudice; and (ii) Plaintiffs and Defendants request that the Court retain jurisdiction solely
9  to enforce the terms of the Settlement Agreement and Release, which are to be fully performed
10 by May 15, 2013.

DATED: ~~March~~ April 1, 2013      LAW OFFICES OF SUNITA KAPOOR

By: _____
    Sunita Kapoor
    Attorneys for Plaintiffs Hakam Singh
    Mission and Simrat Kaur Mission

DATED: ~~March~~ April 1, 2013      ROBINSON BRADFORD LLP

By: _____
    Matthew C. Bradford
    Marc B. Robinson
    Attorneys for Defendants Enrico John
    Polimeno, Kristie Polimeno, Lisa G.
    Beresford-Wood, Blake Rasmussen, CB
    Richard Ellis, Inc.

///
///
///

-1-
STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER
CASE NO.: 3:12-CV-06359-MEJ

| | | |
|---|---|---|
| 1 | DATED: March 29, 2013 | Matteoni, O'Laughlin & Hechtman ~~ROBINSON BRADFORD LLP~~ |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Bradley Marie Matteoni |
| 5 | | Attorneys for Defendants Katy Laubach, 551 Carnegie Street, LLC, Wildcat Metals, Inc. |
| 6 | | |
| 7 | DATED: April 1, 2013 | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Edward Egan Smith Attorneys for Defendants Old Republic Title Company and Diana Contreras, an individual |

## ORDER

Pursuant to the parties' Stipulation, and good cause appearing therefore, it is hereby ordered that:

1. Plaintiffs' First Amended Complaint and the entirety of the above-captioned action is dismissed with prejudice; and

2. The Court shall retain jurisdiction solely to enforce the terms of the Settlement Agreement and Release between Plaintiffs and Defendants.

Dated: April 16, 2013

_____
Maria-Elena James
United States Magistrate Judge

-2-
STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER
CASE NO.: 3:12-CV-06359-MEJ